Jeffrey W. Shopoff (Bar No. 46278)
Gregory S. Cavallo (Bar No. 173270)
James M. Robinson (Bar No. 238063)
Shopoff & Cavallo LLP
44 Montgomery Street, Suite 1670
San Francisco, CA 94104
Telephone: 415-984-1975
Facsimile: 415-984-1978
E-mail: greg@shopoffcavallo.com

Attorneys for Plaintiff
CALIFORNIA NATURAL PRODUCTS

MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone:  (916) 553-4000
Facsimile:   (916) 553-4011
E-mail: kcm@mgslaw.com

Attorneys for Defendant
CAMPBELL SOUP SUPPLY COMPANY, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NATURAL PRODUCTS, a California corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CAMPBELL SOUP SUPPLY COMPANY, LLC, organized under the laws of Delaware; and Does 1 through 20, inclusive,<br><br>　　　　　Defendants. | CASE NO: 11-cv-02138-GEB-EFB<br><br>**STIPULATION EXTENDING DATE FOR INITIAL DISCLOSURES; ORDER ON STIPULATION**<br><br><br><br>Complaint Filed: August 11, 2011 |

The parties stipulate as follows:

**RECITALS**

A.　　On September 28, 2011, the parties filed a joint status report.

B.　　In the joint status report, the parties stipulated that Rule 26(a) disclosures were to be made no later than November 18, 2011.

C. The parties have agreed to extend the deadline for the Rule 26(a) disclosures, up and to and including December 16, 2011.

D. This is the first extension of time that the parties have requested regarding the deadline for the Rule 26(a) disclosures.

Now, therefore, the parties enter into the following stipulation:

**STIPULATION**

1. The date for the Rule 26(a) disclosures shall be extended to December 16, 2011.

Dated: December 2, 2011

MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER

By: /s/ Kenneth C. Mennemeier
Kenneth C. Mennemeier
Attorneys for Defendant CAMPBELL SOUP SUPPLY COMPANY, LLC

Dated: December 2, 2011

SHOPOFF & CAVALLO LLP

By: /s/ Gregory S. Cavallo
Gregory S. Cavallo
Attorneys for Plaintiff
CALIFORNIA NATURAL PRODUCTS, INC.

**IT IS SO ORDERED.**

Dated: December 5, 2011

GARLAND E. BURRELL, JR.
United States District Judge