1  Jeffrey W. Shopoff (Bar No. 46278)
   Gregory S. Cavallo (Bar No. 173270)
2  James M. Robinson (Bar No. 238063)
   Shopoff & Cavallo LLP
3  44 Montgomery Street, Suite 1670
   San Francisco, CA 94104
4  Telephone: 415-984-1975
   Facsimile: 415-984-1978
5  E-mail: greg@shopoffcavallo.com

6  Attorneys for Plaintiff
   CALIFORNIA NATURAL PRODUCTS
7
   MENNEMEIER, GLASSMAN & STROUD LLP
8  KENNETH C. MENNEMEIER (SBN 113973)
   980 9th Street, Suite 1700
9  Sacramento, CA 95814
   Telephone:  (916) 553-4000
10 Facsimile:  (916) 553-4011
   E-mail: kcm@mgslaw.com
11
   Attorneys for Defendant
12 CAMPBELL SOUP SUPPLY COMPANY, LLC

13

14                   IN THE UNITED STATES DISTRICT COURT

15                  FOR THE EASTERN DISTRICT OF CALIFORNIA

16 CALIFORNIA NATURAL PRODUCTS, a )   CASE NO: 11-cv-02138-GEB-EFB
   California corporation,         )
17                                 )   **SECOND STIPULATION EXTENDING**
                  Plaintiff,       )   **DATE FOR INITIAL DISCLOSURES;**
18                                 )   **ORDER ON STIPULATION**
   v.                              )
19                                 )
   CAMPBELL SOUP SUPPLY COMPANY,   )
20 LLC, organized under the laws of Delaware; )
   and Does 1 through 20, inclusive, )
21                                 )   Complaint Filed: August 11, 2011
                  Defendants.      )
22 _____ )

23         The parties stipulate as follows:

24                               **RECITALS**

25         A.    On September 28, 2011, the parties filed a joint status report.

26         B.    In the joint status report, the parties stipulated that Rule 26(a) disclosures

27 were to be made no later than November 18, 2011.

28

1  C. The parties agreed to extend the deadline for the Rule 26(a) disclosures, up to and including December 16, 2011, and on December 2, 2011 filed a stipulation memorializing that agreement.

D. On December 5, 2011, the Court approved the parties' stipulation extending the date for Rule 26(a) disclosures to December 16, 2011.

E. The parties have agreed to a second extension of the deadline for Rule 26(a) disclosures, up to and including January 6, 2012.

F. This is the second extension of time that the parties have requested regarding the deadline for the Rule 26(a) disclosures.

Now, therefore, the parties enter into the following stipulation:

**STIPULATION**

1. The date for the Rule 26(a) disclosures shall be extended to January 6, 2012.

Dated:  December 14, 2011   MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER


By:   /s/ Kenneth C. Mennemeier
Kenneth C. Mennemeier
Attorneys for Defendant CAMPBELL SOUP SUPPLY COMPANY, LLC

Dated: December 14, 2011   SHOPOFF & CAVALLO LLP



By:   /s/ Gregory S. Cavallo
Gregory S. Cavallo
Attorneys for Plaintiff
CALIFORNIA NATURAL PRODUCTS, INC.

**IT IS SO ORDERED.**

Dated:  December 14, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge