IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NATURAL PRODUCTS, a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>CAMPBELL SOUP SUPPLY COMPANY, LLC, organized under the laws of Delaware,<br><br>            Defendant. | 2:11-cv-02138-GEB-EFB<br><br>ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER |

        The parties filed a stipulation on September 28, 2012, in which they seek modification of the discovery completion date prescribed in the Status (Pretrial Scheduling) Order. See ECF No. 18. Since the parties agree to modification of that date, and that modification cannot be made without changing the trial commencement date, the Status Order is modified as follows:

        All discovery shall be completed by December 4, 2012; the last hearing date for motions shall be February 4, 2013, commencing at 9:00 a.m.; the final pretrial conference is set for April 8, 2013, at 11:30 a.m. in courtroom 10; and trial commences at 9:00 a.m. on May 7, 2013, in courtroom 10.

Dated: October 1, 2012

                                      GARLAND E. BURRELL, JR.
                                      Senior United States District Judge