MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: (916) 553-4000
Facsimile: (916) 553-4011
E-mail: kcm@mgslaw.com

Attorneys for Defendant
CAMPBELL SOUP SUPPLY COMPANY, LLC


Gregory S. Cavallo (Bar No. 173270)
James M. Robinson (Bar No. 238063)
Shopoff Cavallo & Kirsch LLP
100 Pine Street, Suite 750
San Francisco, CA  94104
Telephone:  415-984-1975
Facsimile: 415-984-1978
Email: greg@scklegal.com

Attorneys for Plaintiff
CALIFORNIA NATURAL PRODUCTS


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA NATURAL PRODUCTS, a California corporation,<br><br>          Plaintiff,<br>v.<br><br>CAMPBELL SOUP SUPPLY COMPANY LLC, organized under the laws of Delaware; and Does 1 through 20, inclusive,<br><br>          Defendants. | CASE NO.  11-cv-02138-GEB-EFB<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE**<br><br>Date:         October 24, 2012<br>Time:        10:00 a.m.<br>Courtroom: 24 |

In response to plaintiff California Natural Products' ("CNP") Stipulation to Modify Status Order to Extend Discovery Completion Deadline, this Court issued its Order Modifying Status (Pretrial Scheduling) Order on October 2, 2012.  The Order Modifying Status Order extended the

1
**STIPULATION AND ORDER
TO CONTINUE HEARING DATE**

date for the completion of discovery from October 3, 2012, to December 4, 2012.  In addition, the Court continued the hearing on defendant Campbell Soup Supply Company's ("Campbell Soup") Motion for Order (1) Compelling Plaintiff to Produce Documents, or Alternatively (2) Barring Plaintiff from Introducing Documents at Trial from October 3, 2012, to October 24, 2012.

The October 24, 2012 hearing date set by the Court is inconvenient for the parties.  CNP also believes that the additional time will greatly increase the chances of resolving the dispute cooperatively.  To that end, Plaintiff CNP and defendant Campbell Soup agree and hereby stipulate that the Court continue the hearing on defendant's pending motion to compel from October 24, 2012, to November 14, 2012.

DATED:  October 17, 2012        SHOPOFF CAVALLO & KIRSCH LLP

By    /s/Gregory S. Cavallo
        Gregory S. Cavallo
Attorneys for Plaintiff
CALIFORNIA NATURAL PRODUCTS

DATED:  October 17, 2012        MENNEMEIER, GLASSMAN & STROUD LLP

By    /s/Kenneth C. Mennemeier
        Kenneth C. Mennemeier
Attorneys for Defendant
CAMPBELL SOUP SUPPLY COMPANY, LLC

## ORDER

The Court hereby continues defendant Campbell Soup Supply Company's Motion for Order (1) Compelling Plaintiff to Produce Documents, Or Alternatively (2) Barring Plaintiff from Introducing Documents at Trial, to be continued from October 24, 2012, to November 14, 2012, at 10:00 a.m. in Courtroom 24.

IT IS SO ORDERED.

DATED: October 17, 2012        _____
                               EDMUND F. BRENNAN
                               UNITED STATES MAGISTRATE JUDGE