IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA NATURAL PRODUCTS,

    Plaintiff,

vs.

CAMPBELL SOUP SUPPLY COMPANY, LLC,

    Defendant.

No. 2:11-cv-2138-GEB-EFB

ORDER

    On September 11, 2012, defendant filed a motion to compel plaintiff to produce documents or, alternatively, barring plaintiff from introducing documents at trial. Dckt. No. 15. The motion was originally noticed for hearing on October 3, 2012; however, on October 2, 2012, pursuant to the parties' request, the hearing was continued to October 24, 2012 and the parties were instructed to file a revised Joint Statement Re Discovery Disagreement on or before October 17, 2012. Dckt. No. 20. Then, on October 18, 2012, pursuant to the parties' request, the hearing was continued to November 14, 2012. Dckt. Nos. 21, 22.

    Local Rule 251(a) provides that the Joint Statement Re Discovery Disagreement must be filed at least seven days before the scheduled hearing date. E.D. Cal. L.R. 251(a). Local Rule 251(a) also provides that the hearing on a discovery motion may be dropped from calendar without prejudice if the Joint Statement re Discovery Disagreement is not timely filed. *Id.*

1     Although the deadline has passed, the docket reveals that no revised Joint Statement re Discovery Disagreement has been filed in connection with plaintiff's motion to compel. Therefore, that motion, Dckt. No. 15, is denied without prejudice and the November 14, 2012 hearing thereon is vacated.

    SO ORDERED.

DATED: November 8, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE