IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CALIFORNIA NATURAL PRODUCTS, a California corporation, | ) )  ) | 2:11-cv-02138-GEB-EFB |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER[*] |
| CAMPBELL SOUP SUPPLY COMPANY, LLC, organized under the laws of Delaware, | ) ) ) ) | |
| Defendant. | ) ) | |

    Plaintiff moves for permission "to file a short sur-reply and supporting supplemental declaration of Rick Elliott . . . to address [Defendant]'s new arguments." (Pl.'s Mot. Req. Permission to File a Sur-Reply ("Pl.'s Mot.") 3:4-6, ECF No. 33.) Defendant opposes the motion but requests that, "if the Court grants [Plaintiff] the right to file its sur-reply, the Court should allow [Defendant] an opportunity to file a substantive response." (Def.'s Opp'n to Pl.'s Mot. ("Def.'s Opp'n") 1:26-27, ECF No. 35.)

    Plaintiff is permitted Sur-Reply and supporting Supplemental Declaration of Rick Elliott, which were attached to Plaintiff's motion as Exhibits A and B, respectively, are hereby deemed filed as Plaintiff requests. (Pl.'s Mot., Exs. A, B.) Further, Defendant's request for the "opportunity to file a substantive response" is granted. (Def.'s Opp'n

---

[*] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g)

1

1:27.) Defendant shall file its response to Plaintiff's Sur-Reply no later than February 15, 2013.

Dated: February 5, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1:27.) Defendant shall file its response to Plaintiff's Sur-Reply no later than February 15, 2013.

Dated: February 5, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge