IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NATURAL PRODUCTS, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CAMPBELL SOUP SUPPLY COMPANY, LLC, organized under the laws of Delaware,<br><br>    Defendant.<br>_____ | 2:11-cv-02138-GEB-EFB<br><br>ORDER |

Plaintiff filed a writing on April 1, 2013, in which it states: "the parties have reached an agreement in principle to submit the case to binding arbitration, and therefore take the case off the Court's docket." (ECF No. 42.) Plaintiff further states that it "ha[s] every reason to believe [it] will be dismissing the action in the next several days . . . ." (Id.)

In light of Plaintiff's representations, a dispositional document shall be filed no later than April 15, 2013. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.

Further, the final pretrial conference scheduled for hearing on April 8, 2013, is continued to commence at 2:30 p.m. on April 22, 2013, in the event no dispositional document is filed, or if this action

is not otherwise dismissed. A joint pretrial statement shall be filed seven (7) days prior to the final pretrial conference.

IT IS SO ORDERED.

Dated:  April 2, 2013

*[signature]*
GARLAND E. BURRELL, JR.
Senior United States District Judge